181 So. 799

## Janie RUTLAND v. CITY OF FLORENCE.

8 Div. 909.

Supreme Court of Alabama.

June 2, 1938.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for respondent.

BROWN, Justice.

The writ of certiorari is denied on the authority of Campbell v. State, 216 Ala. 295, 112 So. 902; Ballard v. State, 219 Ala.

---

[1] Ante, p. 224.

222, 121 So. 502, 503, and cases cited 4 Alabama Digest, Certiorari, p. 442, ☞68. Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.